**FILED**
March 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **v.** ) | |
| ) | **NO. 24-MJ-559 (DH)** |
| **Aubrey Cottle** ) | |
| **a.k.a. Kirtaner,** ) | |
| ) | |
| **Defendant** ) | |

# ORDER

Before the Court is the Government's Motion to Unseal and after considering the same, the Court is of the opinion that it should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court unseal redacted copies of the complaint and arrest warrant (Dkt. Nos. 3 & 4) in this matter.

**SIGNED** on the __27th__ day of March, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE